CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 26 2008

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT ALLEN UNGER, ) | |
| Petitioner, ) | Civil Action No. 7:08-cv-00574 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| MS. SUSAN PERKA, ) | By: Hon. James C. Turk |
| Respondent. ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice for failure to exhaust state court remedies and is stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 26th day of November, 2008.

/s/ James C. Turk
Senior United States District Judge